# Exhibit 1

US00D622547S

(12) **United States Design Patent** (10) Patent No.: **US D622,547 S**
Carreno (45) Date of Patent: ** **Aug. 31, 2010**

(54) **TUMBLER**

(75) Inventor: **Alfredo Carreno**, Greece, NY (US)

(73) Assignee: **Thermos L.L.C.**, Rolling Meadows, IL (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/350,858**

(22) Filed: **Nov. 24, 2009**

(51) **LOC (9) Cl.** .................................................. **07-01**
(52) **U.S. Cl.** ........................... **D7/510**; D7/511; D7/523
(58) **Field of Classification Search** .......... D7/509–511, D7/523, 533, 536, 608; D9/502, 504; 220/592.16, 220/715, 669; 215/315, 382, 373, 384; 229/400, 229/403
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 4,184,604 A | * | 1/1980 | Amberg et al. ............ | 220/254.3 |
| 4,412,629 A | * | 11/1983 | Dart et al. ................ | 220/711 |
| D356,503 S | * | 3/1995 | Mueller et al. ............ | D7/523 |
| D386,644 S | * | 11/1997 | Orrico et al. .............. | D7/300 |
| D395,118 S | * | 6/1998 | Cramer et al. ............. | D34/39 |
| D421,877 S | * | 3/2000 | La Torre et al. ........... | D7/510 |
| D457,034 S | * | 5/2002 | Bodum ..................... | D7/510 |
| D488,348 S | * | 4/2004 | Liu .......................... | D7/523 |
| D490,272 S | * | 5/2004 | Rohe ........................ | D7/510 |
| D547,611 S | * | 7/2007 | Seum et al. ............... | D7/511 |
| D588,871 S | * | 3/2009 | Miller et al. .............. | D7/510 |

* cited by examiner

*Primary Examiner*—Marianne Pandozzi
(74) *Attorney, Agent, or Firm*—Wood, Phillips, Katz, Clark & Mortimer

(57) **CLAIM**

The ornamental design for a tumbler, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view from above of the tumbler embodying the ornamental design;

FIG. 2 is a perspective view from below of the tumbler;

FIG. 3 is a front elevation view of the tumbler, with the right, left and back elevation views being identical;

FIG. 4 is a top view of the tumbler; and,

FIG. 5 is a bottom view of the tumbler.

**1 Claim, 2 Drawing Sheets**



*Fig. 1*



*Fig. 2*



Fig. 3



Fig. 5



Fig. 4

